UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 23-1939 JGB (PVCx)** | Date | March 19, 2024 |
| Title | *Laura Tavizon v. Warden of Victorville Camp, FCI Med, I* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause re Dismissal for Lack of Prosecution
(IN CHAMBERS)

On September 21, 2023, Petitioner Laura Tavizon ("Petitioner") filed a petition for a writ of habeas corpus against Respondent Warden of Victorville Camp, FCI Med, I ("Respondent"). ("Petition," Dkt. No. 1.) Under the Prison Litigation Reform Act, prisoners must pay the full filing fee. See 28 U.S.C. § 1915(b)(1). To date, Petitioner has not paid a filing fee or filed a request to proceed in forma pauperis. A court may dismiss a prisoner's civil rights action for failure to pay the initial partial filing fee or any portion of the full fee. See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir. 1995).

Accordingly, the Court, on its own motion, orders Petitioner to show cause in writing on or before **March 25, 2024**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the payment of the filing fee or the submission of a request to proceed in forma pauperis.

Failure to adequately respond to this order will result in the dismissal of this case. McGuire v. United States, 2019 WL 1585199, at *1 (C.D. Cal. Apr. 12, 2019) ("Dismissal is also appropriate when a prisoner fails to respond to an order to show cause concerning his failure to pay the filing fee.").

**IT IS SO ORDERED.**